O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS CERON, | ) | CASE NO. SA CV 06-00578 SVW (RZ) |
|           Petitioner, | ) ) | JUDGMENT |
|   vs. | ) ) | |
| ROBERT AYERS, WARDEN, | ) ) | |
|           Respondent. | ) ) | |

This matter came before the Court on the First Amended Petition of CARLOS CERON for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: August 14, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE